Samuel M. Brickner, Respondent, v. Joseph H. Sulzbacher and Albert Ulmann, Composing the Firm of J. H. Sulzbacher & Company, Appellants.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Samuel M. Brickner, Respondent, v. Joseph H. Sulzbacher, as Surviving Partner of the Firm of J. H. Sulzbacher & Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Addelaide E. Scott, as Administratrix, etc., of William A. McGowan, Deceased, Appellant, v. Nauss Brothers Company, Respondent.— Order affirmed, with costs. No opinion.

Richard V. Harnett & Company, Incorporated, Respondent, v. Bethoven Englander, Appellant.— Judgment affirmed, with costs. No opinion.

Mary M. Austen, Respondent, v. George J. Faour and Others, Appellants.— Judgment affirmed, with costs. No opinion. (Ingraham and Laughlin, JJ., dissenting.)

Mark N. Cormack, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Determination affirmed, with costs. No opinion. (Ingraham, J., dissenting.)

Hugh J. Reilly, Respondent, v. Frank Steinhart, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Nellie Euretta Canty, Appellant, v. Matilda E. Henderson, Individually and as Executrix, etc , of John C. Henderson, Deceased, and Others, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion.

Samuel Roseff and Israel Lebowitz, Respondents, v. Abraham Ruth and Herman Cohen, Appellants.— Judgment affirmed, with costs. No opinion.

Samuel W. Levine, Respondent, v. United States Banking Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.